

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00697-CV

**IN RE ESTATE OF** Robert S. **CASTLEMAN**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-1224
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we **REVERSE** the trial court's judgment with regard to the breach of fiduciary damages award against each of the Youngs—including actual and exemplary damages—and **REMAND** the breach of fiduciary duty claims to the trial court for a new trial on both the issue of liability and the amount of damages, if any. We also **REVERSE** the trial court's award of attorneys' fees to Castleman on her breach of contract claims and **REMAND** for the trial court to either order remittitur conditioned on a new trial or for a redetermination of reasonable and necessary attorneys' fees. We **AFFIRM** the trial court's judgment in all other respects.

SIGNED August 27, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice